EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Término para que se presenten Comentarios y Recomendaciones al Proyecto de Reglas de Asuntos no Contenciosos ante Notario | 2001 TSPR 42 |

Número del Caso: EC-2001-01

Fecha: 30/marzo/2001

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Término para que se presenten
Comentarios y Recomendaciones
Al Proyecto de Reglas de
Asuntos no Contenciosos ante
Notario

RESOLUCION

San Juan, Puerto Rico, a 30 de marzo de 2001

La Ley de Asuntos No Contenciosos Ante Notario, Núm. 282 de 21 de agosto de 1999, autorizó a los notarios y notarias en Puerto Rico a atender, en forma concurrente con los tribunales, ciertos asuntos que antes de la aprobación de la ley se tramitaban exclusivamente en el foro judicial.

Encomendamos al Secretariado de la Conferencia Judicial y Notarial y a la Oficina de Inspección de Notarías, la revisión del Informe y Reglamentación sobre Jurisdicción Voluntaria, rendido por el Comité Asesor sobre Jurisdicción Voluntaria, con el propósito de conformar la reglamentación originalmente propuesta por dicho Comité a las disposiciones de la Ley de Asuntos No Contenciosos Ante Notario.

El Secretariado de la Conferencia Judicial y Notarial y la Oficina de Inspección de Notarías nos han presentado el Proyecto de Reglas de Asuntos No Contenciosos Ante Notario.  Examinado el mismo, se dispone lo siguiente:

1. Se concede un término de sesenta (60) días, para que el Consejo Notarial del Colegio de Abogados de Puerto Rico, la Asociación de Notarios de Puerto Rico y cualquier abogado notario o abogada notaria sometan sus comentarios y recomendaciones por escrito en torno al Proyecto de Reglas sobre Asuntos No Contenciosos Ante Notario. El término aquí dispuesto comenzará a decursar a partir de la notificación de esta resolución.

2. Se instruye a la Directora del Secretariado de la Conferencia Judicial y Notarial a remitir copia del Proyecto de Reglas sobre Asuntos No Contenciosos Ante Notario a las organizaciones antes señaladas y a los abogados notarios y a las abogadas notarias que así lo soliciten.

3. Los comentarios y recomendaciones por escrito podrán ser entregados personalmente en la Oficina del Secretariado de la Conferencia Judicial y Notarial localizada en el Tribunal Supremo de Puerto Rico, o enviados por correo a la siguiente dirección:

Secretariado de la Conferencia Judicial y Notarial
PO BOX 9022392
SAN JUAN, PUERTO RICO 00902-2392

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo
